**FILED**

2004 NOV -1 P 3:57

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NUMBER: 3:02cr341 (EBB) |
| v. : | |
| RICHARD DOMINGUEZ : | |
| Defendant : | |
| : | OCTOBER 28, 2004 |

---

## WAIVER OF APPEARANCE

Pursuant to Rule 10B of the Federal Rules of Criminal Procedure the undersigned Defendant, RICHARD DOMINGUEZ, hereby waives his appearance for the re-arraignment scheduled for Friday, November 5, 2004 and affirms that he has received a copy of the Third Superseding Indictment. The Defendant pleads not guilty as to all counts in which he is charged.

_____
Richard Dominguez

October 29, 2004
Date

THE DEFENDANT,
RICHARD DOMINGUEZ

_____
Edward F. Czepiga, II

## CERTIFICATION

This is to certify that a copy of the foregoing Waiver of Appearance was mailed this 29th day of October, 2004 to:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

_____
Edward F. Czepiga, II