UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------
                                          :
UNITED STATES OF AMERICA                  :   CRIMINAL NUMBER: 3:02cr341(EBB)
                                          :
    v.                                    :
                                          :
RICHARD DOMINGUEZ                         :   NOVEMBER 4, 2004
         Defendant                        :
                                          :
------------------------------------------
```

**WAIVER OF SPEEDY TRIAL**

The Defendant, RICHARD DOMINGUEZ, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from September 14, 2004, through January 11, 2005, be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pre-trial motions.

In support of this waiver, the Defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the Defendant and outweighs his interest and the public's interest in a speedy trial, and the court will find that period of delay from September 14, 2004, through January 11, 2005, should be excluded

_____
Richard Dominguez

_____
Nov. 1, 2004
Date

_____
Edward F. Czepiga, II

_____
11-3-04
Date

CERTIFICATION

This is to certify that a copy of the foregoing Motion to Adopt was mailed this 4th day of November, 2004 to:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Edmund Q. Collier, Esquire
771 Boston Post Road
Milford, CT 06460

Michael S. Hillis, Esquire
205 Whitney Avenue
New Haven, CT 06511

Richard S. Cramer, Esquire
449 Silas Deane Highway
Wethersfield, CT 06109

John J. Kelly, Esquire
Cantor, Floman, Gross,
Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Thomas G. Dennis
Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106

Alan Sobol, Esquire
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

David J. Wenc, Esquire
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

Jeffrey Olgin, Esquire
74 Rose Hill Road
Branford, CT 0640

Ethan Levin-Epstein, Esquire
Garrison, Levin-Epstein,
    Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Michael S. McGarry
Assistant State's Attorney
United States District Court
P.O. Box 1824
New Haven, CT 06508

_____
Edward R. Czepiga, II