UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                              Case Number: 3:02CR341(EBB)

RICHARD DOMINGUEZ

**ORDER re: Doc. # 355**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from January 11, 2005 to April 11, 2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, February 10, 2005.

SO ORDERED

_____/s/_____
ELLEN BREE BURNS, SENIOR U.S.D.J.