UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------
                                               :
UNITED STATES OF AMERICA          CRIMINAL NUMBER: 3:02cr341 (EBB)
                                               :
        v.                                     :
                                               :
RICHARD DOMINGUEZ                 :      JUNE 13, 2006
             Defendant                         :
                                               :
-----------------------------------------------------

### <u>DEFENDANTS'S MOTION TO CONTINUE SENTENCING</u>

The Defendant, RICHARD DOMINGUEZ, acting herein by his attorney, respectfully

moves this Honorable Court to continue his sentencing from June 29, 2006 until a

convenient date for this Court in August, 2006, after the sentencing of defendants

who went to trial on this matter.

1.  Richard Dominguez's sentencing is scheduled for June 29, 2006.

2.  Certain defendants have been convicted following trial and are waiting

    sentencing by this Court.

3.  The undersigned counsel has spoken to Michael McGarry, Assistant U. S.

    Attorney, who has no objection to the granting of this motion.

4.  To the undersigned's knowledge, the Pre-sentencing Investigation Report

    has not yet been completed.

Respectfully submitted,

_____

Edward F. Czepiga, II
DePiano, Gentile, Czepiga, & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.:  (203) 335-3439
Federal Bar #ct06864

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Continue Sentencing was mailed this 13th day of June, 2006 to:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Edmund Q. Collier, Esquire
74Cherry Street
Milford, CT 06460

Michael S. Hillis, Esquire
205 Whitney Avenue
New Haven, CT 06511

Richard S. Cramer, Esquire
449 Silas Deane Highway
Wethersfield, CT 06109

John J. Kelly, Esquire
Cantor, Floman, Gross,
Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Alan Sobol, Esquire
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

David J. Wenc, Esquire
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

Jeffrey Olgin, Esquire
74 Rose Hill Road
Branford, CT 0640

Ethan Levin-Epstein, Esquire
Garrison, Levin-Epstein,
 Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511