UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:02cr341(EBB) |
| v. | |
| RICHARD DOMINGUEZ<br>Defendant | JUNE 13, 2006 |

---

## WAIVER OF SPEEDY TRIAL

The Defendant, RICHARD DOMINGUEZ, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from the June 29, 2006 sentencing date to a date selected by the Court, be excluded from the speedy trial calculations.

In support of this waiver, the Defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the Defendant and outweighs his interest and the public's interest in a speedy trial; and, that the Court will find that the sentencing scheduled for June 29, 2006 will be delayed to a date selected by the Court for sometime in August, 2006.

_____     6-13-06
Richard Dominguez                                Date

_____     6-13-06
Edward F. Czepiga, II                             Date

## CERTIFICATION

This is to certify that a copy of the foregoing Waiver of Speedy Trial was mailed this 13th day of June 2006 to:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esquire
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Edmund Q. Collier, Esquire
74 Cherry Street
Milford, CT 06460

David J. Wenc, Esquire
P.O. Box 306
Windsor Locks, CT 06096

Michael S. Hillis, Esquire
205 Whitney Avenue
New Haven, CT 06511

Jonathan J. Einhorn, Esquire
412 Orange Street
New Haven, CT 06511

Richard S. Cramer, Esquire
449 Silas Deane Highway
Wethersfield, CT 06109

Jeffrey Olgin, Esquire
74 Rose Hill Road
Branford, CT 0640

John J. Kelly, Esquire
Cantor, Floman, Gross,
Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Ethan Levin-Epstein, Esquire
Garrison, Levin-Epstein,
 Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Michael S. McGarry, Asst. State's Attorney
United States District Court
P. O. Box 1824
New Haven, Ct 06508

Thomas G. Dennis
Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106

_____
Edward F. Czepiga, II
DePiano, Gentile, Czepiga, &
Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.: (203) 335-3439
Federal Bar #ct06864