

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:02cr341 (EBB) |
| v. | |
| RICHARD DOMINGUEZ<br>Defendant | AUGUST 1, 2006 |

---

## DEFENDANTS'S MOTION TO CONTINUE SENTENCING

The Defendant, RICHARD DOMINGUEZ, acting herein by his attorney, respectfully moves this Honorable Court to continue his sentencing from August 18, 2006 until a convenient date for this Court after the scheduled hearing of September 19, 2006 to determine victim losses.

1. Richard Dominguez's sentencing is scheduled for August 18, 2006.

2. Certain defendants have been convicted following trial and are waiting sentencing by this Court.

3. This Court has scheduled a hearing to determine losses for September 19, 2006.

4. The undersigned counsel has spoken to Michael McGarry, Assistant U. S. Attorney, who has no objection to the continuance for a brief period of time after the hearing loss of September 19, 2006.

Respectfully submitted,

_____
Edward F. Czepiga, II
DePiano, Gentile, Czepiga, & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.: (203) 335-3439
Federal Bar #ct06864

CERTIFICATION

This is to certify that a copy of the foregoing Motion to Continue Sentencing was mailed this 1st day of August, 2006 to:

Michael S. McGarry, Asst. United States Attorney
United States District Court
P. O. Box 1824
Hartford, CT 06106

Jacqueline Carroll
United States Probation Officer
157 Church Street, 2nd Floor
New Haven, CT 06510

_____
Edward F. Czepiga, II
DePiano, Gentile, Czepiga, & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.: (203) 335-3439
Federal Bar #ct06864