UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
                                          :
UNITED STATES OF AMERICA   :   CRIMINAL NUMBER: 3:02cr341(EBB)
                                          :
    v.                                    :
                                          :
RICHARD DOMINGUEZ          :   SEPTEMBER 7, 2006
          Defendant               :
                                          :
---------------------------------------------------

**WAIVER OF SPEEDY TRIAL**

The Defendant, RICHARD DOMINGUEZ, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from August 18, 2006 through October 3, 2006, be excluded from the speedy trial calculations to prepare sentencing materials and file sentencing motions.

In support of this waiver, the Defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the Defendant and outweighs his interest and the public's interest in a speedy trial.

_____   _____
Richard Dominguez                Date


_____   _____
Edward F. Czepiga, II            Date

CERTIFICATION

       I hereby certify that a copy of the foregoing Waiver of Speedy Trial was mailed this 7th day of September, 2006 to:

Michael S. McGarry, Asst. State's Attorney
United States District Court
P. O. Box 1824
New Haven, Ct  06508

                                                  Edward F. Czepiga, II
                                                  DePiano, Gentile, Czepiga, & Soares, P.C.
                                                  56 Lyon Terrace
                                                  Bridgeport, CT 06604
                                                  Phone No:  (203) 335-3187
                                                  Facsimile No.:  (203) 335-3439
                                                  Federal Bar #ct06864