UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------
:
UNITED STATES OF AMERICA : CRIMINAL NUMBER: 3:02cr341 (EBB)
:
v. :
:
RICHARD DOMINGUEZ : SEPTEMBER 21, 2006
     Defendant :
:
--------------------------------------------------

## **DEFENDANTS'S MOTION TO CONTINUE SENTENCING**

The Defendant, RICHARD DOMINGUEZ, acting herein by his attorney, respectfully moves this Honorable Court to continue his sentencing from October 3, 2006 until a convenient date for this Court after the sentencing of the defendants who were convicted after trial.

1. Richard Dominguez's sentencing is scheduled for October 3, 2006.

2. Certain defendants have been convicted following trial and are waiting sentencing by this Court.

3. The undersigned counsel has spoken to Michael McGarry, Assistant U. S. Attorney, who has no objection to the continuance until a date after the sentencing of the defendants who were convicted after trial.

                Respectfully submitted,

                _____
                Edward F. Czepiga, II
                DePiano, Gentile, Czepiga, & Soares, P.C.
                56 Lyon Terrace
                Bridgeport, CT 06604
                Phone No: (203) 335-3187
                Facsimile No.:  (203) 335-3439
                Federal Bar #ct06864

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Continue Sentencing was mailed this 21st day of September, 2006 to:

Michael S. McGarry, Asst. United States Attorney
United States District Court
P. O. Box 1824
New Haven, CT 06508

Jacqueline Carroll
United States Probation Officer
157 Church Street, 2nd Floor
New Haven, CT  06510

                _____
                Edward F. Czepiga, II
                DePiano, Gentile, Czepiga, & Soares, P.C.
                56 Lyon Terrace
                Bridgeport, CT 06604
                Phone No: (203) 335-3187
                Facsimile No.:  (203) 335-3439
                Federal Bar #ct06864