UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------

UNITED STATES OF AMERICA  :  CRIMINAL NUMBER: 3:02cr341(EBB)
:
v.  :
:
RICHARD DOMINGUEZ  :  NOVEMBER 9, 2006
Defendant  :
:

------------------------------------------------

## WAIVER OF SPEEDY TRIAL

The Defendant, RICHARD DOMINGUEZ, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from October 3, 2006 through February 13, 2007, be excluded from the speedy trial calculations to prepare sentencing materials and file sentencing motions.

In support of this waiver, the Defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the Defendant and outweighs his interest and the public's interest in a speedy trial.

_____          _11/9/06_____
Richard Dominguez                          Date

_____          _11/9/06_____
Edward F. Czepiga, II                      Date

## CERTIFICATION

I hereby certify that a copy of the foregoing Waiver of Speedy Trial was mailed this 9th day of November, 2006 to:

Michael S. McGarry, Asst. State's Attorney
United States District Court
P. O. Box 1824
New Haven, Ct 06508

_____
Edward F. Czepiga, II
DePiano, Gentile, Czepiga, &
Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.: (203) 335-3439
Federal Bar #ct06864