UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA : CRIMINAL NUMBER: 3:02cr34 (EBB)
:
v. :
:
RICHARD DOMINGUEZ : FEBRUARY 1, 2007
    Defendant :
:

---

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The Defendant, RICHARD DOMINGUEZ, acting herein by his attorney, respectfully moves this Honorable Court to continue his sentencing from February 13, 2007 until a convenient date for this Court after the sentencing of the defendants who were convicted after trial.

1. Richard Dominguez's sentencing is scheduled for February 13, 2007.

2. Certain defendants have been convicted following trial and are waiting sentencing by this Court. This Court has issued orders for briefs and reply briefs on loss and restitution done by February 16, 2007.

3. The undersigned counsel has spoken to Michael McGarry, Assistant U.S. Attorney, who has no objection to the continuance until a date after the sentencing of the defendants who were convicted after trial.

                                    Respectfully submitted,

                                    Edward F. Czepiga, II
                                    DePiano, Gentile, Czepiga, &
                                    Soares, P.C.
                                    56 Lyon Terrace
                                    Bridgeport, CT 06604
                                    Phone No: (203) 335-3187
                                    Facsimile No.: (203) 335-3439
                                    Federal Bar #ct06864

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Continue Sentencing was mailed this 1st day of February, 2007 to:

Michael S. McGarry, Asst. U.S. Attorney
United States District Court
P. O. Box 1824
New Haven, Ct 06508

Jacqueline Carroll
United States Probation Officer
157 Church Street
2nd floor
New Haven, CT 06510

*[signature]*

Edward F. Czepiga, II
DePiano, Gentile, Czepiga, & Soares, P.C.
56 Lyon Terrace
Bridgeport, CT 06604
Phone No: (203) 335-3187
Facsimile No.: (203) 335-3439
Federal Bar #ct06864